AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Vincent Petaccio<br>DOB: XX/XX/XXXX<br>PDID: | ) Case No.<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  04/12/20123 - 10/18/2013  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | knowingly receive and distribute any visual depiction that has been mailed or shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct. |

This criminal complaint is based on these facts:

See attached statement of facts

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TIMOTHY PALCHAK, Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/2013

_____
*Judge's signature*

City and state:  WASHINGTON, DC

*Printed name and title*