**STATEMENT OF FACTS**

Leading up to April 12, 2013, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, Detective Palchak ("UC") previously registered as a member and created an online profile on a predicated social network site which, based on the UC's experience and information gathered from other sources, is a site frequented by individuals that have a sexual interest in children, and incest.

On April 12, 2013, at approximately 3:00 p.m., the UC posted a message in the public forum of the predicated social network site seeing any users from the Washington, D.C. metropolitan area.  An individual with the screen name "Trek," later identified as Vince Petaccio ("defendant") responded to the message, "philly [area].  I do family dare w people on chat sites."  The UC responded, "How old are kids," and the defendant responded, "Mine are grown and on own . . . so I do this with other parents to get off . . . show some mild erotic pics . . . then see if you are other parents will show to kids."  The UC asked, "You have any <12 pics," to which the defendant responded, "Um.  Yes.  I share on Yahoo.

On April 12, 2013, at approximately 3:00 p.m., the UC and defendant exchanged Yahoo Instant Messenger screen names and began communicating on Yahoo Instant Messenger.  The defendant used the Yahoo Messenger screen name "trektrek12" and the display name "Vince Petaccio."  The UC asked "you said your in Philly? im in DC" to which the defendant responded "not too far."  The UC wrote, "my girl is 12 been playing with her for a while now…you have any exp with yours" The defendant responded, "nice, I didn't get like this till they were all gone on own.  Caught sons trying to look at stuff in a vid store."

The UC stated, "what ages you like now," and the defendant responded, "my dtr was looking hot but never tried…teen and pre…how far have u gone w ur dtr"  The UC then wrote, "nice same here really like 5-12…fully active with her now…started off slow though."  The defendant responded, "ummm that's the best way."  At approximately 3:03 pm the defendant then asked, "u and dtr suck on each other," and the UC answered, "oh yes we do oral," and the defendant began to make sexual comments about the UC's purported daughter including "feeling her daddy in her mouth."

On April 12, 2013, there was immediately discussion of child pornography.  After some back and forth, the UC asked, "you have alot of naughty pics like these."  The defendant answered, "i have plenty to show u here."  The defendant then stated that he "[does] alot w other dads here too…getting them to show dirty pics to their kids."

The UC then asked "met any with hot lil girls? Ever get to meet any in real life i have been talking to [my daughter] about that."  The defendant responded "spent time w a mom that had a hot dtr…didnt get to do anything w the dtr, but i would fuck her mom while dtr was home…so she could hear us."  When asked by the UC how old the daughter was, the defendant responded "13."

1

On April 12, 2013, at approximately 3:16 p.m., the defendant wrote, "i do this w one dad here, he finally showed pcis to his 13 yr old son…now i show his son everything including vids. only adult stuff though."

During the course of the session, the defendant asked questions about the UC's sexual relationship with his purported daughter, "how did it feel first time ur dick started to slide into her." On May 1, 2013, at approximately 5:10 p.m., the defendant wrote, "i'm looking at ur dtr…touching her…rubbing her little clit…my finger enters her."

During the course of their instant messaging, which took place on April 12 and May 1, 2013, the defendant sent the UC approximately 59 still images and 10 videos of graphic and violent child pornography.  The still images consisted of prepubescent female children being orally, anally and vaginally penetrated by adult men and young boys.  The still images also included babies and toddlers being penetrated vaginally by adult men and sadistic and masochistic images of prepubescent female children with their feet and arms bound with rope.  The 10 videos include: (1) a video of a baby being vaginally penetrated by an adult male as the child screams; (2) a video of a prepubescent female child wearing a mask being anally and vaginally penetrated by an adult male while the child is screaming and crying; (3) a video of a prepubescent female child masturbating an adult male penis until the man ejaculates in the child's face; (4) a video of a toddler being vaginally penetrated by an adult male; and other similar videos.

Law enforcement officers identified the suspect through Yahoo! subscriber information for the suspect's email account [trektrek12@yahoo.com](mailto:trektrek12@yahoo.com) which was the email and screen name used by the defendant in his messaging sessions with the UC. Through an Administrative subpoena issued to Yahoo!, it was determined IP Address 72.94.12.133 was utilized by the defendant to log into his email account on the date and time the defendant was chatting with the UC. IP address 72.94.12.113 was registered to Verizon. Administrative subpoena results from Verizon indicated the IP address resolved to Vincent Petaccio, ███████████████████████. Based on that information, the suspect was further identified through law enforcement and public databases and law enforcement obtained a copy of the suspects' Pennsylvania driver's license and the suspect's address of ███████████████████████.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of October, 2013.

_____
Honorable Deborah A. Robinson
United States Magistrate